# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, | § § § § | |
| Plaintiff, | § § | Case No: 2:22-cv-01157-SDW-JSA |
| vs. | § § | |
| PEGASUS U.S.A., LLC, | § § § | REQUEST FOR ENTRY OF DEFAULT |
| Defendant. | § § § | |

Plaintiff, SCANNING TECHNOLOGIES INNOVATIONS LLC, hereby requests the Clerk to enter a default against the defendant, PEGASUS U.S.A., LLC, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  07/28/2022                                         Respectfully Submitted

/s/ Mark A. Kriegel
Attorney for Plaintiff,
Scanning Technologies Innovations LLC