UNITED STATES DISTRICT COURT
FOR THE District of New Jersey [LIVE]
U.S. District Court for the District of New Jersey

SCANNING TECHNOLOGIES
INNOVATIONS LLC

                Plaintiff,

v.                                   Case No.:
                                    2:22–cv–01157–SDW–JSA

                                    Judge Susan D. Wigenton

PEGASUS U.S.A. LLC

                Defendant.


### Notice Of Call For Dismissal Pursuant to Local Civil Rule 41.1(a)

    Please take notice that the above−captioned action, having been pending for more than 90 days, without any proceeding having been taken therein, will be called at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ before Judge Susan D. Wigenton on 11/17/2022 or as soon thereafter as the same may be reached, and unless sufficient reason to the contrary is shown, the case will be dismissed for lack of prosecution in accordance with Local Civil Rule 41.1(a).

    **<u>NO APPEARANCE IS REQUIRED.</u>** Counsel of record or unrepresented parties may show good cause by affidavit setting forth what good faith efforts to prosecute this action have been made and what further efforts are intended. If said affidavit has not been filed before the return date, counsel of record or unrepresented parties may be required to appear before the Court, to show good cause why this action should not be dismissed for lack of prosecution.

                                                            Very truly yours,

                                                            William T. Walsh, Clerk
                                                            By Deputy Clerk, cds


cc Plaintiff:
SCANNING TECHNOLOGIES INNOVATIONS LLC


If applicable, counsel of record is directed to serve this notice to their client, whose street and post office address do not appear in the complaint as directed by Local Civil Rule 10.1, and to provide proof of service to the Court.