Mark A. Kriegel, Esquire
LAW OFFICE OF MARK A. KRIEGEL
1479 Pennington Rd.
Ewing, NJ 08618
(609) 883-5133 Fax: (609) 450-7237
Attorney for Plaintiff,
Scanning Technologies Innovations, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS, LLC,**<br><br>　　**Plaintiff,**<br>vs.<br><br>**PEGASUS U.S.A., LLC,**<br><br>　　**Defendant.** | Case No.: 2:22-cv-01157-SDW-JSA<br><br>NOTICE OF MOTION FOR<br>DEFAULT JUDGMENT |

To:   Pegasus U.S.A., LLC
　　　c/o United States Corporation Agents, Inc.
　　　330 Changebridge Rd., Ste. 101
　　　Pine Brook, NJ 07058

PLEASE TAKE NOTICE that on Monday, December 19, 2022, at 10:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff Scanning Technologies Innovations, LLC shall appear before the Honorable Susan D. Wigenton, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, and shall move this Court, pursuant Federal Rule of Civil Procedure 55(b), for an Order granting Default Judgment in favor of Plaintiff.

PLEASE TAKE FURTHER NOTICE that in support of its Motion, Plaintiff shall rely upon the Declaration of Leigh Rothschild, and the Memorandum in Support of Default Judgment.

Dated: November 17, 2022.                    Respectfully submitted,

                                                */s/Mark A. Kriegel*
**MARK KRIEGEL**
**LAW OFFICE OF MARK A. KRIEGEL, LLC**
1479 Pennington Rd.
Ewing, NJ 08618
(609) 883-5133
Fax: (609) 450-7237
mkriegel@kriegellaw.com

                                    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2022, I electronically filed the above document(s) with the Clerk of Court using CM/ECF and sent a copy to the following by US First Class Mail and by US First Class Mail Certified Mail Return Receipt Requested.

Pegasus U.S.A., LLC
c/o United States Corporation Agents, Inc.
330 Changebridge Rd., Ste. 101
Pine Brook, NJ 07058

                                               */s/Mark A. Kriegel*
                                               **MARK KRIEGEL**