**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>PEGASUS U.S.A. LLC,<br><br>Defendant. | Civil Action No. 22-1157 (SDW) (JSA)<br><br>**ORDER & DEFAULT JUDGMENT**<br><br>December 19, 2022 |

**WIGENTON**, District Judge.

Before this Court is Plaintiff Scanning Technologies Innovations LLC's ("Plaintiff") Motion for Default Judgment against Defendant Pegasus U.S.A. LLC ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2). (D.E. 10.) This Court has reviewed Plaintiff's Complaint and all documents submitted with the present motion. Based on the foregoing, and for the reasons stated in this Court's Whereas Opinion dated December 19, 2022,

**IT IS** on this 19th day of December 2022,

**ADJUDGED and DECREED** that judgment is entered for Plaintiff and against Defendant; and it is further

**ORDERED** that Defendant shall pay Plaintiff damages in the amount of $50,000.00, together with interest and costs.

**SO ORDERED.**

s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig:      Clerk
cc:        Hon. Jessica S. Allen, U.S.M.J.
           Parties